**File Hashes for IP Address 65.27.172.228**

**ISP:** Time Warner Cable
**Physical Location:** Dayton, OH

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/13/2015 16:40:10 | 4CBE8879EDEEC66D681CC570CD3434B1CE7788AA | X-art Unauthorized Pack #89 |
| 02/27/2015 09:11:31 | 94B8964E14797E25565380E52E624CFA3045B329 | Under My Blanket |

**Total Statutory Claims Against Defendant: 128**

EXHIBIT A

SOH248